## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**Case Number: 3:22-cr-80-BJD-PDB**

**v**

**USM Number: 08741-510**

**MIKAH NATHANIEL STRICKLAND**

_____

**Caleb D. Rowland, Esq. (CJA)**
**2130 Riverside Avenue**
**Jacksonville, FL 32204**

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Indictment. The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1709 | Unlawfully Embezzling Mail | March 2022 | One |

The defendant is sentenced as provided in pages 2 through 11 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count Two of the Indictment is dismissed on the motion of the Assistant U.S. Attorney pursuant to the Plea Agreement.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: December 5, 2022

**BRIAN J. DAVIS**
**UNITED STATES DISTRICT JUDGE**

December 6, 2022

AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

## PROBATION

You are hereby sentenced to Probation for a term of: **FIVE (5) YEARS.**

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of controlled substances. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed two tests per week.
4.  You must cooperate in the collection of DNA as directed by the probation officer.
5.  You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664 or any other statute authorizing a sentence of restitution.
6.  You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
7.  If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
8.  You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchucks or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and
    you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____          Date:_____

AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

## ADDITIONAL CONDITIONS OF PROBATION

You shall also comply with the following additional conditions of probation:

1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.
2. You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.
3. You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.
4. You shall provide the probation officer access to any requested financial information.

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| | Assessment | AVAA Assessment[1] | JVTA Assessment[2] | Fine | Restitution |
|---|---|---|---|---|---|
| TOTALS | $100.00 | $0.00 | $0.00 | $0.00 | $26,725.02 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i) all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee[3] | Total Loss[4] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Verizon<br>Berkley Asset Protection<br>1250 E Diehl Road, Suite 200<br>Naperville, IL 60563 | $23,435.02 | $23,435.02 | |
| R. & G. T. | $25.00 | $25.00 | |
| B.A. | $20.00 | $20.00 | |
| W.B. | $15.00 | $15.00 | |
| M.W. | $150.00 | $150.00 | |

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] The names and addresses for individual victims are remaining confidential for privacy purposes. The names and payment addresses will be provided to the Court's Finance Department in Orlando.
[4] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.
AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

| | | |
|---|---|---|
| S.F. | $50.00 | $50.00 |
| R.M. | $100.00 | $100.00 |
| P.B. | $20.00 | $20.00 |
| V.W. | $125.00 | $125.00 |
| L.P. | $25.00 | $25.00 |
| J.M. | $465.00 | $465.00 |
| C.K. | $75.00 | $75.00 |
| J. & B. L. | $20.00 | $20.00 |
| N.J. | $12.00 | $12.00 |
| L.H. | $20.00 | $20.00 |

AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

| | | |
|---|---|---|
| L.M. | $100.00 | $100.00 |
| L.J. | $20.00 | $20.00 |
| F. & L. H. | $25.00 | $25.00 |
| C.C. | $10.00 | $10.00 |
| J.R. | $50.00 | $50.00 |
| A.D. | $25.00 | $25.00 |
| E. G. | $50.00 | $50.00 |
| J.R. | $20.00 | $20.00 |

AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

| | | |
|---|---|---|
| B.M. | $600.00 | $600.00 |
| S.Y. | $25.00 | $25.00 |
| P.R. | $100.00 | $100.00 |
| G.L. | $60.00 | $60.00 |
| A. & D. L. | $3.00 | $3.00 |
| D.S. | $25.00 | $25.00 |
| D. & P. S. | $51.00 | $51.00 |
| E.B. | $25.00 | $25.00 |

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

| | | |
|---|---|---|
| C.B. | $150.00 | $150.00 |
| M.W. | $20.00 | $20.00 |
| P.C. | $84.00 | $84.00 |
| H.A. | $60.00 | $60.00 |
| J.T. | $200.00 | $200.00 |
| P. & R. C. | $20.00 | $20.00 |
| K.W. | $100.00 | $100.00 |
| S.T. | $20.00 | $20.00 |

AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

| | | |
|---|---|---|
| J.K. | $10.00 | $10.00 |
| J.M. | $100.00 | $100.00 |
| R.P. | $50.00 | $50.00 |
| A.H. | $30.00 | $30.00 |
| T.J. | $50.00 | $50.00 |
| R.S. | $25.00 | $25.00 |
| M.S. | $10.00 | $10.00 |
| J.H. | $50.00 | $50.00 |
| **Totals:** | **$26,725.02** | **$26,725.02** |

☒      The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

AO245B (Rev. 09/19) Judgment in a Criminal Case

Mikah Nathaniel Strickland
3:22-cr-80-BJD-PDB

⊠          the interest requirement is waived for the restitution.

# SCHEDULE OF PAYMENTS

The Special Assessment in the amount of **$100.00** is due in full and immediately.

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

You shall pay restitution in the amount of **$26,725.02**. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. You shall begin making payments of $50.00 per month, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay and the Court modifies the schedule.

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.